UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOELLE EPPS-MILTON,

      Plaintiff,                                Civil Action No.
                                             14-CV-11861

vs.

                                       Honorable Patrick J. Duggan

GENESEE INTERMEDIATE
SCHOOL DISTRICT, et al.,

      Defendants.
_____/

## ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT

This matter is presently before the Court on the Court's own review of the complaint, which was filed on May 9, 2014.  The complaint is a form "employment discrimination" complaint in which Plaintiff checks off boxes and fills in blanks to tailor the generic form to her unique circumstances.  However, under Federal Rule of Civil Procedure 8(a)(2), all complaints must contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  The complaint in this case does not satisfy this requirement because it does not contain a narrative of any kind explaining what happened leading up to the filing of this lawsuit.  Moreover, the information that can be gleaned from the checked boxes does not make sense.  For example, Plaintiff indicates that Defendants both failed to employ her and failed to promote her, a combination of employment actions that does not make sense together.  She also indicates that she has – and has not – filed her complaint within the 90-day period required by 42 U.S.C. § 2000e-5.  Again, it is either one or the other – not both.

By May 30, 2014, Plaintiff shall file an amended complaint that makes sense and satisfies

1

the requirements of Rule 8(a).   Failure to comply with this order will result in the dismissal of this

case without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

       **SO ORDERED**.


Dated: May 15, 2014              <u>s/PATRICK J. DUGGAN</u>
                                    UNITED STATES DISTRICT JUDGE


Copies to:
Noelle Epps-Milton